# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
American Family Mutual Insurance Company, S.I.

**DEFENDANTS**
Berg O'Fallon, LLC; GTB Management, LLC; Greg Berg; and Christy Cox

**(b)** County of Residence of First Listed Plaintiff: **Dane County, WI**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **St. Charles County, MO**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ann Marie Piana, Esq., P.O. Box 77055, Madison, WI 53707  (314) 5420-0015, ext. 54663

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sections 1332,1441,1445

Brief description of cause:
DeclaratoryJudgment Action - Insurance Policy Coverage

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Declaratory Judgment

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: June 20, 2022

SIGNATURE OF ATTORNEY OF RECORD: /s/ Ann Marie Piana

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., | ) ) ) ) | |
| Plaintiff | ) ) | Cause No. 4:22-cv-00659 |
| v. | ) ) | Division No. |
| BERG O'FALLON, LLC | ) ) ) | |
| Serve: Gregory T. Berg 1325 Queens Court, Ste. A Saint Peters, MO 63376 | ) ) ) ) ) | |
| GTB MANAGEMENT, LLC, Serve: Gregory T. Berg 1325 Queens Court, Ste. A Saint Peters, MO 63376 | ) ) ) ) ) ) ) | |
| GREG BERG, Serve: Greg Berg 1325 Queens Court, Ste. A Saint Peters, MO 63376 | ) ) ) ) ) ) | |
| CHRISTY COX, Serve: Christy Cox 412 Camp Charren Road Troy, Missouri 63379 | ) ) ) ) ) ) | |
| Defendants. | ) | |

**COMPLAINT FOR DECLARATORY JUDGMENT – INSURANCE POLICY**

COMES NOW Plaintiff American Family Mutual Insurance Company, S.I. (hereinafter "American Family"), and for its cause of action against Defendants Berg O'Fallon, LLC, GTB Management, LLC, Greg Berg, and Christy Cox (hereinafter "Defendants") states as follows:

1. Plaintiff American Family is an insurance company incorporated under the laws of the State of Wisconsin, presently in good standing in the State of Missouri, and is lawfully engaged in the insurance business in the State of Missouri.

2. Plaintiff American Family's principal place of business is located at 6000 American Parkway, Madison, Wisconsin 53783.

3. At all times relevant, Defendant Berg-O'Fallon, LLC is a Missouri Limited Liability Company in good standing.

4. At all times relevant, Defendant GTB Management, LLC is a Missouri Limited Liability Company in good standing organized for the purposes of governance, maintenance, management, administration and operation of property management.

5. At all times relevant, Defendant Greg Berg is an employee of Berg-O'Fallon, LLC and/or Defendant GTB Management, LLC.

6. At all times relevant, Defendant Christy Cox is an individual residing in Troy, Lincoln County, State of Missouri.

7. The amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

8. There is a current case and controversy pending between the parties to this action. This Complaint for Declaratory Judgment is initiated to obtain a declaration of American Family's legal obligations to Defendants under insurance policy issued by American Family to Defendant Berg O'Fallon, LLC.

9. Venue is proper in the United States District Court for the Eastern District of Missouri as St. Charles County, Missouri is where the accident referred to in the Underlying Petition occurred.

10. Under a Business Key Policy of insurance issued to Berg-O'Fallon, LLC, Policy No. 24XN2567010015 (the "Policy"), American Family insured Berg-O'Fallon, LLC, Commercial General Liability Coverage, subject to the terms, conditions, and endorsements as contained within the Policy, which Policy was terminated at the request of policyholder Berg-O'Fallon, LLC on July 12, 2016. A copy of the Policy is attached as Exhibit 1 and incorporated by reference.

11. Defendants are also named parties in litigation known as *Christy Cox, Plaintiff v. GTB Management, LLC, Greg Berg, Berg-O'Fallon, LLC, MLP Management, LLC, Andrew Checkley, McHugh Company, and Dennis McHugh,* Cause No. 2011-CC00597, filed in the Circuit Court of St. Charles County, Missouri. A copy of the First Amended Petition for Damages is attached hereto, as Exhibit 2, and incorporated herein by reference and is hereinafter known as the "Underlying Litigation."

12. In the Underlying Litigation, the Plaintiff Christy Cox claims the remaining Defendants named herein are subject to property and personal injury liability and damages arising out of the presence of "mold/fungi" (para. 16) and "mold, microbial agents, and harmful bacteria" on the Premises (para. 19). *See* Exhibit 2, paras. 16, 19.

13. In the Underlying Litigation, the Plaintiff Christy Cox alleges she was involved in a lease agreement in July 2016 through 2018 of premises located at the Triad West Shopping Center, 121 Triad West Drive, O'Fallon, MO 63366 ("Premises"). *See* Exhibit 2, para. 10.

14. In the Underlying Litigation, the Plaintiff Christy Cox alleges she discovered mold on the Premises on or about July 11, 2018. *See* Exhibit 2, para. 12.

15. American Family's Policy terminated on July 12, 2016, at the request of its policyholder Berg-O'Fallon, LLC.

16.     Defendants Berg-O'Fallon, LLC, GTB Management, LLC, and Greg Berg are being provided a defense to the Underlying Litigation filed by Plaintiff Christy Cox under a Reservation of Rights.

17.     In the Underlying Litigation, Plaintiff Christy Cox's allegations consist of a ten count First Amended Petition for Damages alleging against all named Defendants the following: Negligence (Count I), Breach of an Express Warranty (Count II), Violation of the Missouri Merchandising Practices Act (Count III),  Nuisance (Count IV), Res Ipsa Loquitur (Count V), Premises Liability – Exposure to Dangerous Conditions-Toxic Mold and Excessive Dust and Other Air Born Contaminants and Noxious Gaseous (Count VI), and Negligence-Breach of Duty to Prevent Water Leakage (Count VII). Plaintiff Christy Cox's allegations in Counts I, II, IV, V, VI, VII allege actual and punitive damages. Plaintiff Christy Cox also alleges Fraudulent Misrepresentation (Count IX) and Fraudulent Concealment (Count X) against Berg-O'Fallon, LLC, GTB Management, LLC, Berg, and MLP Management, LLC.  *See* Exhibit 2. The allegations all allege injury or property damage as a result of mold exposure.

18.     The Policy does not provide liability coverage for, among other reasons, the Policy contains an Endorsement adding a Fungi or Bacteria Exclusion; the subject matter of the Underlying Litigation is covered under the Policy Exclusions; the allegations in Underlying Litigation also allege intentional acts, which the Policy excludes from coverage; there are no acts alleged which would meet the definition of "bodily injury" in the Policy or the definition of an "occurrence" in the Policy; and the allegations allege damage to the property while Defendants owned it, which the Policy excludes. Further, the Policy ended at the Insured's request in July 2016 and the first notice of mold was 2018, well after the Policy terminated.

19.     The Policy states, in relevant part:

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
**1. Insuring Agreement**
**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.

   \*    \*    \*

**b.** This insurance applies to "bodily injury" and "property damage" only if:
**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
**(2)** The "bodily injury" or "property damage" occurs during the policy period.

   \*    \*    \*:

**2. Exclusions**
This insurance does not apply to:

**a. Expected or Intended Injury**
"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

**b. Contractual Liability**
"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
**(1)** That the insured would have in the absence of the contract or agreement;

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**
1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally liable to pay as damages because of "personal and advertising injury" to which this insurance applies.

    \*  \*  \*

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

   \*    \*    \*

**f. Breach of Contract**
"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your advertising.

**SECTION V – DEFINITIONS**
**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.
**14.** "Personal and advertising injury" means injury, including consequential "bodily injury" arising out of one or more of the following offenses:
a. False arrest, detention or imprisonment
b. Malicious prosecution
c. The wrongful eviction from, wrongful entry into or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies committed by or on behalf of its owner, landlord or lessor
**17**. "Property damage" means:
a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it: or
b. Loss of use of tangible property that is not physical injured. All that loss of use shall be deemed to occur at the time of the "occurrence" that caused it.


20.	The "FUNGI OR BACTERIA EXCLUSION" Policy Endorsement CG 21 67 12 04 reads, in relevant part:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
         **FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions of Section I-Coverage A-Bodily Injury or Property Damage Liability:**
**2. Exclusions**
This insurance does not apply to:
**Fungi or Bacteria**
**(1)** "Bodily injury", "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

  **(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions of Section I-Coverage B-Personal and Advertising Injury Liability:**
**2. Exclusions**
This insurance does not apply to:
**Fungi or Bacteria**
**(1)** "Personal and advertising Injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

  **(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section**:**
**1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

21. The Policy Endorsement IL 75 02 06 99 states the insurance afforded by the Policy does not apply to any claim or judgment for punitive or exemplary damages. *See* Exhibit 1.

22. This Court is empowered to declare the rights and obligations of Plaintiff American Family under the Commercial General Liability Coverage Part of the Business Key Policy.

23. Plaintiff American Family is entitled to judgment declaring that no coverage exists for any liability of Defendants Berg-O'Fallon, LLC, GTB Management, LLC and Greg Berg arising out of and asserted in the Underlying Litigation; that no coverage exists under the Policy for any claims arising out of the Underlying Litigation; that Plaintiff American Family is not liable to Defendants under the Business Key Policy pursuant to the terms, conditions and exclusions the Commercial General Liability Coverage Part; that Plaintiff American Family has

no obligation to defend Defendants Berg-O'Fallon, LLC, GTB Management, LLC and Greg Berg in the Underlying Litigation or in any other action arising out of the claims referenced in the Underlying Litigation, and that Plaintiff American Family has no duty to investigate, pay costs, or pay expenses of said Defendants in any litigation or claim arising out of the circumstances set forth in the Underlying Litigation.

WHEREFORE, Plaintiff American Family Mutual Insurance Company, S.I., respectfully prays this Honorable Court issue an Order declaring that (1) no coverage exists under the Business Key Policy for any liability of Defendants Berg-O'Fallon, LLC, GTB Management, LLC and Greg Berg which may be found against said Defendants in any present or future claim or litigation arising out of the incidents more particularly described in the Underlying Litigation; (2) Plaintiff American Family is not liable to Defendants under the aforementioned insurance Policy; (3) Plaintiff American Family is not liable under the Policy to defend, investigate, pay costs, or pay expenses of Defendants Berg-O'Fallon, LLC, GTB Management, LLC and Greg Berg in any present or future claim or litigation filed by the Underlying Plaintiff and Defendant herein Christy Cox; and (4) Plaintiff American Family further prays for a declaration that there is no coverage for the claims made in the Underlying Litigation, and any such further orders this Honorable Court deems just and proper under the circumstances.

*Ann Marie Piana*

_____
Ann Marie Piana, #35073
P.O. Box 77055
Madison, WI 53707
(314) 542-0015 ext. 54663
Fax (866) 292-8815
apiana@amfam.com
Attorney for American Family Mutual
Insurance Company, S.I.